

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-25-00251-CV

---

### In re Roberto Antonio Hernandez, Relator

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

In this original proceeding, Relator, Roberto Antonio Hernandez, seeks mandamus relief from the trial court's orders granting summary judgment against him below.

A relator bears the burden of providing the Court with a record that is sufficient to show that he is entitled to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Hernandez has not provided this Court with a record to show he is entitled to relief. The petition does not comply with the Texas Rules of Appellate Procedure; the petition's certification is deficient, and it does not contain sworn or certified documents in an appendix. *See*

Tex. R. App. P. 52.3(j) (requiring the person filing the petition to certify that "he or she has reviewed the petition and concluded that every factual statement in the petition is supported by competent evidence included in the appendix"); Tex. R. App. P. 52.3(k)(1)(B) (requiring a certified or sworn copy of any order complained of, or any other document showing the matter complained of). Accordingly, we deny the petition.


GINA M. PALAFOX, Justice

October 29, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.